November 3, 2016



# JUDGMENT

14-15-00551-CV

# The Fourteenth Court of Appeals

IN THE INTEREST OF H.G-J., A.G.-J., & K.G.-J., CHILDREN

_____

This cause, an appeal from the trial court's final order in a suit to modify child support and possession, signed March 27, 2015, was heard on the transcript of the record. We have inspected the record and find error in the final order. We therefore **REFORM** the trial court's final order by deleting the portions compelling the Office of the Attorney General of Texas to disburse child support funds to the amicus attorney and providing a credit to the children's Father for the amount to be disbursed.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We further order this decision certified below for observance.